1

2                            UNITED STATES DISTRICT COURT

3                            EASTERN DISTRICT OF CALIFORNIA

4

5    CYNTHIA HOPSON,                          No. 1:15-CV-1518-MJS

6              Plaintiff,

7         v.                                  **ORDER RE: DISPOSITIVE DOCUMENTS
                                              AFTER NOTICE OF SETTLEMENT**
8    YOO BYUNG AN DM. FIRS-HANSEN
     & COMPANY,                               **DISPOSITIVE DOCUMENTS SHALL BE
9                                             FILED WITHIN 60 DAYS**
              Defendants.
10                                            **(ECF NO. 10)**

11

12        On November 27, 2016,  Plaintiff, Cynthia Hopson, notified the Court that this

13   matter had settled.

14        In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the

15   Court orders that all dispositive documents be submitted within 60 days of the date of

16   this Order. Any request for an extension of time to comply with this Order must be filed

17   before expiration of the time set here and and include good cause for the alleged

18   inability to comply.

19        Failure to comply with this Order may be grounds for the imposition of sanctions.

20        ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY

21   VACATED.

22   IT IS SO ORDERED.

23

24        Dated:    October 31, 2016            /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                           1