DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF

MICHAEL WELCH, SBN 111022
MICHAEL WELCH & ASSOCIATES
770 L Street, Suite 950
Sacramento, CA 95814
Tel/Fax: 916-449-3930
Email:mdwelch@mail.com

Attorney for DEFENDANTS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **YOO BYUNG**, as an individual, and doing business as "Ranch Burger", **M. FRIIS-HANSEN & COMPANY, A CALIFORNIA LIMITED PARTNERSHIP,** and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 1:15-cv-1518-MJS** <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41] |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear

STIPULATED DISMISSAL

their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: January, 17th, 2017                             /s/Daniel_Malakauskas_____
                                                      By: Daniel Malakauskas,
                                                      Attorney for Plaintiff

Dated: January 17th, 2017                              /s/Michael Welch_____
                                                      By: Michael Welch,
                                                      Attorney for Defendants

## ORDER

**IT IS HEREBY ORDERED** that this action, case number 1:15-cv-01518-MJS, be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

IT IS SO ORDERED.

Dated:   January 18, 2017                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATED DISMISSAL

Case 1:15-cv-01518-MJS   Document 15   Filed 01/18/17   Page 3 of 3

STIPULATED DISMISSAL